JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

JODI LYNN W.[1],

        Plaintiff,

    v.

MARTIN O'MALLEY[2], Commissioner of Social Security,

        Defendant.

Case No. SACV 23-00726-AS

**JUDGMENT**

    IT IS ADJUDGED that this action is DISMISSED with prejudice.


    DATED: April 23, 2024


                           /s/
                   _____
                     ALKA SAGAR
        UNITED STATES MAGISTRATE JUDGE

---

    [1]  Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

    [2]  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Martin O'Malley is hereby substituted as the Defendant in this action.